

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)



US00D838859S

## (12) United States Design Patent
### Yu

(10) Patent No.: **US D838,859 S**
(45) Date of Patent: ** **Jan. 22, 2019**

(54) **WAX WARMER**

(71) Applicant: **Jin Yu**, Guangdong (CN)

(72) Inventor: **Jin Yu**, Guangdong (CN)

(73) Assignee: **Shenzhen OuYe E-Commerce Co Ltd.**, Longhua Dist., Shenzhen, Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/618,205**

(22) Filed: **Sep. 20, 2017**

(51) LOC (11) Cl. .............................................. **24-04**
(52) U.S. Cl.
     USPC ....................................... **D24/200**
(58) **Field of Classification Search**
     USPC ........ D24/200, 204; D7/314, 323, 326, 354, D7/357, 376, 378, 386, 412, 665; 607/96, 104, 108, 111; 604/291; 392/336, 444; 219/429, 436; 220/592.17
     CPC .......... H05B 1/0252; H05B 1/02; H05B 3/00; H05B 3/26; H05B 3/0052; H05B 2203/02; A61L 9/03; A61F 7/0053; F27B 17/00; A47J 36/2433; A47J 27/004; A47J 36/2438; A01K 63/065; A01K 63/06; A63H 5/00; F24H 1/18; A45D 34/00
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D442,284 S | * | 5/2001 | Ferber ........................ | D24/200 |
| 6,441,348 B1 | * | 8/2002 | Yang ..................... | A61F 7/0053 |
| | | | | 219/439 |
| 6,444,956 B1 | * | 9/2002 | Witcher ................. | A45D 34/00 |
| | | | | 219/386 |
| 6,756,567 B1 | * | 6/2004 | Suen ....................... | F27B 17/00 |
| | | | | 219/424 |
| D641,202 S | * | 7/2011 | Bock ............................. | D7/354 |
| 8,045,848 B2 | * | 10/2011 | Wortley ............... | A47J 36/2438 |
| | | | | 392/441 |
| D679,935 S | * | 4/2013 | Tse ................................ | D7/326 |
| 9,655,168 B2 | * | 5/2017 | Belongia .............. | H05B 3/0052 |
| D789,136 S | * | 6/2017 | Russillo ....................... | D24/200 |

* cited by examiner

*Primary Examiner* — Freda S Nunn

(57) **CLAIM**

The ornamental design for a wax warmer, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a wax warmer showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7