UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IN SCHEDULE "A",<br><br>　　　　　　　　　　Defendants. | Case No.: 1:20-cv-03591<br><br>Judge: Honorable John Robert Blakey<br><br>Magistrate Judge: Honorable Gabriel A. Fuentes |

**CONSENT MOTION TO WITHDRAW
DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND
MOTION TO DISSOLVE EX PARTE TEMPORARY RESTRAINING ORDER**

　　OUYEINC Ltd., ("Plaintiff") and Lifestance, Lansley, Naturalrays-offical, Regalico, Avaii, Vennco, GlinLA (collectively, "Defendants") have reached a settlement agreement to resolve the issues in this matter.

　　Defendants hereby respectfully move the Court to withdraw their motion for summary judgment and motion to dissolve the ex parte temporary restraining order, filed on July 20, 2020. Defs.' Motion, Dkt. No. 23.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted:

Date: 08/04/2020　　　　　　　　　　　　　　/s/ He Cheng

　　　　　　　　　　　　　　　　　　　　　　　He Cheng, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Tao Liu, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Wei Yang, Esq.

　　　　　　　　　　　　　　　　　　　　　　　Tianyu Law PLLC
　　　　　　　　　　　　　　　　　　　　　　　745 5th Ave. Ste 500
　　　　　　　　　　　　　　　　　　　　　　　New York, NY, 10151
　　　　　　　　　　　　　　　　　　　　　　　***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this August 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 08/04/2020                              /s/ He Cheng

He Cheng

Tianyu Law PLLC
745 5th Ave. Ste 500
New York, NY, 10151
***Attorney for Defendant***