**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> NaturalRays-Official and et al., <br><br> Defendants. | Case No. 20 cv 3591 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT MOTION TO DISSOLVE EX PARTE
TEMPORARY RESTRAINING ORDER**

NOW COMES Plaintiff Ouyeinc Ltd., by and through its attorneys, Barney & Karamanis, LLP, and in response to Defendants' motion for summary judgment states as follows:

**SETTLEMENT AND WITHDRAWAL OF THE MOTION**

On or about July 20, 2020, Defendants, Lifestance, Lansley, Naturalrays-offical, Regalico, Avaii, Vennco, GlinLA, filed a motion for summary judgment and motion to dissolve ex parte temporary restraining order. This Court set a briefing schedule on Defendants' motion with Plaintiff to respond by August 7, 2020. Since that time, Plaintiff has settled all claims against Defendants Lifestance, Lansley, Naturalrays-offical, Regalico, Avaii, Vennco, GlinLA, and has filed notices of dismissal for those Defendants (Dkt#34 and Dkt#39). Additionally, Defendants have moved to withdraw their motion for summary judgment. *See* Defendants' Motion at Dkt#40.

In light of these facts, Plaintiff requests that this Honorable Court strike Defendants' motion for summary judgment and motion to dissolve ex parte temporary restraining order as moot, and dismiss Lifestance, Lansley, Naturalrays-offical, Regalico, Avaii, and Vennco with prejudice pursuant to the aforementioned settlement.

DATED August 7, 2020

Respectfully submitted,

/s/ Kenneth A. Nazarian
James A. Karamanis (ARDC# 6203479)
Kenneth A. Nazarian (ARDC#6309765)
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
James@bkchicagolaw.com
ken@bkchicagolaw.com
*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*