IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> NATURALRAYS-OFFICIAL, et al., <br><br> Defendants. | Case No. 20 cv 3591 <br><br> Judge John Robert Blakey |

**PRELIMINARY INJUNCTION ORDER**

Before the Court is Plaintiff Ouyeinc Ltd.'s ("Plaintiff") Motion for Entry of a Preliminary Injunction enjoining the Defendants from manufacturing, importing, distributing, offering for sale, or selling infringing products (Plaintiff's wax warmer design patent, the Patent Design), and for expedited discovery and asset restraint (the "Motion"). The Court, having considered the Motion, and any responses and replies thereto, finds that the Sealed Temporary Restraining Order entered in this matter [11] should be converted to a preliminary injunction and remain in place until such time as a final judgment is entered in this matter, and that such is warranted under FED. R. CIV. P. 65. The Court having considered the motion and any responses and replies therefore, finds that Plaintiff's Motion should be GRANTED. The Court therefore orders as follows:

1.     The Defendants listed in the attached Schedule A, their officers, affiliates, agents, and employees are hereby enjoined from:

    a.    offering for sale, selling, and importing any products not authorized by Plaintiff and that include any reproduction, copy or colorable imitation of the design claimed in the Patent Design;

    b.    aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Patent Design; and

    c.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2.    The Defendants listed in the attached Schedule A, their officers, affiliates, agents, and employees and any third parties receiving actual notice of this order— including any credit card companies, banks, or payment processors— shall, within five business days of receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and things currently in their possession, custody, or control related to:

    a.    the identities and all contact information related to the Defendants, and any entities having any ownership or control over the marketplace stores operated by the Defendants, and any other accounts under the operation or control of the individuals operating the foregoing accounts, including all known contact information and all associated e-mail addresses;

    b.    the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces,

Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. The Defendants listed in the attached Schedule A and any third parties with actual notice shall, within five business days after receipt of such notice disable any and all accounts and or services used by the Defendant to market, advertise, sell and/or offer for sale any goods that infringe the Design Patent, including any infringing goods or colorable imitations thereof.

4. The Defendants listed in the attached Schedule A, their officers, affiliates, agents, and employees shall be restrained and enjoined from transferring or disposing of any monies or assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall, within five (5) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

> Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3) and any future motions, by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "NaturalRays-Official and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections

8. That Plaintiff's bond of $1,000 shall remain with the Court until a final judgment is entered in this matter or until this Preliminary Injunction is terminated.

9. The Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. Plaintiff's Amended Complaint [6], *Ex Parte* Motion for Entry of a Temporary Restraining Order [7], Sealed Temporary Restraining Order [11], and all other sealed docket entries and any attachments thereto are hereby unsealed.

Dated: August 28, 2020            Entered:

                                                   John Robert Blakey
                                                   United States District Judge

## SCHEDULE A FOR PRELIMINARY INJUNCTION

**Amazon Stores**

| No. | Defendant Name / Alias | Defendant Marketplace URL |
| --- | --- | --- |
| 1 | Intentionally Omitted | N/A |
| 2 | Intentionally Omitted | N/A |
| 3 | Intentionally Omitted | N/A |
| 4 | Intentionally Omitted | N/A |
| 5 | Intentionally Omitted | N/A |
| 6 | Intentionally Omitted | N/A |
| 7 | Intentionally Omitted | N/A |
| 8 | Intentionally Omitted | N/A |
| 9 | Intentionally Omitted | N/A |
| 10 | Intentionally Omitted | N/A |
| 11 | Zorita lifestyle | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A214TH6Q7CG2SH&tab=&vasStoreID= |
| 12 | Intentionally Omitted | N/A |
| 13 | Intentionally Omitted | N/A |
| 14 | Intentionally Omitted | N/A |
| 15 | Intentionally Omitted | N/A |
| 16 | FitMaker Direct | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A21QYYDMAPJ8BS&tab=&vasStoreID= |
| 17 | Intentionally Omitted | N/A |
| 18 | Luxuria Rara | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AW5PMZJZM03UK&tab=&vasStoreID= |
| 19 | MsBeauté | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3RWJIXMD6103X&tab=&vasStoreID= |
| 20 | Intentionally Omitted | N/A |
| 21 | Intentionally Omitted | N/A |
| 22 | Intentionally Omitted | N/A |
| 23 | Intentionally Omitted | N/A |
| 24 | Intentionally Omitted | N/A |

| | | |
|---|---|---|
| 25 | Famicare | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A4ZL9KQKQ3YBZ&tab=&vasStoreID= |
| 26 | Intentionally Omitted | N/A |
| 27 | KasStar | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A7NC57BFBKBJF&tab=&vasStoreID= |
| 28 | Anthozoa US | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2GZ9JES40JEYR&tab=&vasStoreID= |
| 29 | qianhaimeidele | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2Z423Y2CUDEKR&tab=&vasStoreID= |
| 30 | Intentionally Omitted | N/A |
| 31 | Intentionally Omitted | N/A |
| 32 | Intentionally Omitted | N/A |
| 33 | Intentionally Omitted | N/A |
| 34 | IB SOUND | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2Z95U1MA5SPO3&tab=&vasStoreID= |
| 35 | AVEPIO | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AD1WBAZXTNL5O&tab=&vasStoreID= |
| 36 | Intentionally Omitted | N/A |
| 37 | AnyMall | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AJN9I68DSJLWH&tab=&vasStoreID= |
| 38 | Intentionally Omitted | N/A |
| 39 | Intentionally Omitted | N/A |
| 40 | Intentionally Omitted | N/A |
| 41 | Intentionally Omitted | N/A |
| 42 | Intentionally Omitted | N/A |
| 43 | REBUNE BEAUTY | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceI |

| | | |
|---|---|---|
| | | D=ATVPDKIKX0DER&orderID=&seller=A2QCLO2F7PVNNA&tab=&vasStoreID= |
| 44 | Intentionally Omitted | N/A |
| 45 | HuiNiBeauty | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AVYY2WPCC9FH6&tab=&vasStoreID= |
| 46 | Intentionally Omitted | N/A |
| 47 | Intentionally Omitted | N/A |
| 48 | Intentionally Omitted | N/A |
| 49 | Intentionally Omitted | N/A |
| 50 | Intentionally Omitted | N/A |
| 51 | BeautiVogues | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1I5PLP5SHJ93K&tab=&vasStoreID= |
| 52 | Intentionally Omitted | N/A |
| 53 | Intentionally Omitted | N/A |
| 54 | Intentionally Omitted | N/A |
| 55 | Intentionally Omitted | N/A |
| 56 | Intentionally Omitted | N/A |
| 57 | CoooStar | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3VXJ7YJHUAOLO&tab=&vasStoreID= |
| 58 | Intentionally Omitted | N/A |
| 59 | Intentionally Omitted | N/A |
| 60 | Intentionally Omitted | N/A |
| 61 | KumiMMM | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AAWMO378IRSKX&tab=&vasStoreID= |
| 62 | Intentionally Omitted | N/A |
| 63 | Intentionally Omitted | N/A |
| 64 | SUERW Official | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2MBC2NO6XC3F&tab=&vasStoreID= |
| 65 | Y&M SHOP | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceI |

| | | D=ATVPDKIKX0DER&orderID=&seller=A1UWAU6W5JFLO8&tab=&vasStoreID= |
|---|---|---|

**AliExpress Stores**

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 66 | SZ LemonQ Appliances Store | https://www.aliexpress.com/store/1826366 |
| 67 | Shop1908152 Store | https://www.aliexpress.com/store/1908152 |
| 68 | Freshie Wind Store | https://www.aliexpress.com/store/2997021?spm=a2g0o.detail.1000002.2.68833572GJyflj |
| 69 | Gustave Inc | https://www.walmart.com/ip/GustaveDesign-Electric-Hair-Removal-Kit-Wax-Warmers-Melter-Heater-with-Depilatory-Waxing-Beans-for-Facial-Bikini-For-Women-Men-Chamomile/583848120 |

**Alibaba Stores**

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 70 | Ningbo Anbo United Electric Appliance Co., Ltd. | https://anbolife.en.alibaba.com/ |
| 71 | Kingwin Salon Equipment Co., Ltd. | https://kingwin.en.alibaba.com/ |

**Wish Stores**

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 72 | altatac | https://www.wish.com/merchant/596634e1abea916fc85b7ba2 |
| 73 | D9Dshop | https://www.wish.com/merchant/591accee3d39a13c1d037a58 |
| 74 | HighCold | https://www.wish.com/merchant/5811983ecb6cdc19877d3c5b |
| 75 | kasiqi | https://www.wish.com/merchant/58f1994808374b163e2fa52f |
| 76 | let's gogogo | https://www.wish.com/merchant/58789b39a3e8b84ca30e9aab |
| 77 | Intentionally Omitted | N/A |
| 78 | Selead Technology Limited 1 | https://www.wish.com/merchant/56389098c8274567861d9ce9 |
| 79 | Intentionally Omitted | N/A |
| 80 | Baby's Store | https://www.wish.com/merchant/5434e7c21513373a24806a94 |

**eBay Stores**

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 81 | Intentionally Omitted | N/A |
| 82 | Intentionally Omitted | N/A |
| 83 | beautivogues | https://www.ebay.com/str/beautivogues |
| 84 | beautylady365 | https://www.ebay.com/str/beautylady365 |
| 85 | best_selling_products | https://www.ebay.com/str/primostore2016 |
| 86 | bestinusadeals | https://www.ebay.com/str/bestinusadeals |
| 87 | beyondaweshop | https://www.ebay.com/str/beyondaweshop |
| 88 | bonuseventusshop | https://www.ebay.com/str/bonuseventus90 |
| 89 | buyer.kingdom | https://www.ebay.com/str/unbeatablequality2015 |
| 90 | citynew2016 | https://www.ebay.com/str/citynew2016 |
| 91 | colorsleaf | https://www.ebay.com/str/colorsleaf |
| 92 | Intentionally Omitted | N/A |
| 93 | cutting-edge-retailer | https://www.ebay.com/str/cuttingedgeretailer |
| 94 | cyberstorepro | https://www.ebay.com/str/cyberstoreproinc |
| 95 | de_good_deal | https://www.ebay.com/str/degooddeal |
| 96 | Intentionally Omitted | |
| 97 | e2wholesale | https://www.ebay.com/str/e2wholesale |
| 98 | footful_mall | https://www.ebay.com/str/footfulmall |
| 99 | fzeroinestore | https://www.ebay.com/str/fzeroinestore |
| 100 | grandstores | https://www.ebay.com/str/grandonlinestore12 |
| 101 | great_deal2017 | https://www.ebay.com/str/greatdeal2017shop |
| 102 | happywhile | https://www.ebay.com/str/happywhileinc |
| 103 | healthbeauty360 | https://www.ebay.com/str/healthbeauty360 |
| 104 | Intentionally Omitted | N/A |
| 105 | homesale_estore | https://www.ebay.com/str/homesaleonline2013 |
| 106 | idealshippingstore | https://www.ebay.com/str/idealshippingstore |
| 107 | Intentionally Omitted | N/A |
| 108 | Intentionally Omitted | N/A |
| 109 | libing36920133 | https://www.ebay.com/str/libing36920133onlineshop |
| 110 | liuchao0755 | http://www.ebaystores.com/liuchao0755 |
| 111 | love_shoppingmoment | https://www.ebay.com/str/loveshoppingmoment |
| 112 | mixwholesale | https://www.ebay.com/usr/mixwholesale |
| 113 | namebrandoverstocks | https://www.ebay.com/str/namebrandoverstocks |
| 114 | salespeak | https://www.ebay.com/str/salespeaklnc |

| 115 | selling_world | https://www.ebay.com/usr/selling_world |
|---|---|---|
| 116 | shop_great | https://www.ebay.com/str/shopgreat1 |
| 117 | sporting_mall | https://www.ebay.com/str/sportingmall123 |
| 118 | Tomorrow electronics | https://www.ebay.com/str/tomorrowelectronics |
| 119 | urichdealstore | https://www.ebay.com/str/urichdealstore |
| 120 | water-master | https://www.ebay.com/str/watermaster |