**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Ouyeinc Ltd.,

       Plaintiff,

                          CASE NO.: 1:20-cv-3591

vs.

NaturalRays-Official and et al.,

       Defendants.
_____/

## MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court Northern District of Illinois, ROLAND POTTS, ESQ., previously with the law firm of Diaz, Reus & Targ, LLP and currently with the law firm of Foley & Lardner LLP, moves to withdraw as counsel for Defendants, SanShi, and WX Fashion, and in support thereof states as follows:

    1.    Mr. Potts and the law firm of Diaz Reus & Targ, LLP were retained by the Defendants to represent them in this matter.

    2.    Mr. Potts has since left Diaz, Reus & Targ, LLP to join Foley & Lardner LLP.

    3.    As a result of the above, and not to prejudice the Parties in this action, Roland Potts, Esq. respectfully moves for permission to withdraw as counsel for Defendants.

    4.    Diaz, Reus & Targ, LLP advised Defendants of the departure of Mr. Potts from Diaz, Reus & Targ, LLP.

    5.    Upon Mr. Potts's withdrawal, Defendants will still have counsel of record in this matter. Defendants can continue to be reached through its counsel, Diaz, Reus & Targ, LLP at

100 Southeast Second Street, 3400 Miami Tower, Miami, FL 33131, which attorneys shall remain counsel of record.

6. Accordingly, no party will be prejudiced by the Court's granting of this Motion to Withdraw.

WHEREFORE, Mr. Potts requests the Court enter an Order to Withdraw as counsel.

DATED on this 13th day of January, 2022.

                                                Respectfully submitted,

                                                */s/ Roland Potts*
                                                Roland Potts, Esq.
                                                Florida Bar No. 87072
                                                Primary Email: RPotts@foley.com
                                                Secondary Email: HMoreno@foley.com
                                                Foley & Lardner LLP
                                                One Biscayne Tower
                                                2 South Biscayne Blvd.
                                                Suite 1900
                                                Miami, FL 33131
                                                Telephone: 305.482.8400
                                                Facsimile: 305.482.8600

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice via email to all counsel of record.

> */s/ Roland Potts*
> Roland Potts, Esq.
> Florida Bar No. 87072
> Primary Email: RPotts@foley.com
> Secondary Email: HMoreno@foley.com
> Foley & Lardner LLP
> One Biscayne Tower
> 2 South Biscayne Blvd.
> Suite 1900
> Miami, FL 33131
> Telephone: 305.482.8400
> Facsimile: 305.482.8600