IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> NaturalRays-Official and et al., <br><br> Defendants. | Case No. 20 cv 3591 |

### PLAINTIFF'S MOTION TO CLOSE CASE

NOW COMES Plaintiff Ouyeinc LTD. ("Plaintiff" or "Ouyeinc"), by and through his attorneys, Barney & Karamanis, LLP, and respectfully moves this Honorable Court to close the matter styled as Ouyeinc Ltd., v. NaturalRays-Official and et al., Case No. 20-cv-3591. In support of this motion, Plaintiff states as follows:

### ARGUMENT

1. Plaintiff filed this case against various Defendants owning internet stores who were infringing upon Plaintiff's patent.

2. Since the filing of this case, all of the Defendants have either settled with Plaintiff or have been defaulted.

3. The only remaining issue as of April 6, 2022, was an outstanding counterclaim that was previously not included with a stipulation of dismissal.

4. On April 6, 2022, Plaintiff filed a joint stipulation of dismissal for that counterclaim filed by Defendant Anymall, which was resolved by a mutually agreed settlement in June of 2021.

1

5. At this time, there are no remaining Defendants who have not settled or been defaulted, and there are no outstanding claims.

6. In light of this, Plaintiff requests that this matter be closed and the case dismissed with all prior defaults and/or settlements to remain in full force and effect.

WHEREFORE Plaintiff, Ouyeinc, by and through its attorneys, Barney & Karamanis, LLP, respectfully requests that this Honorable Court to close and dismiss this case, and award such other and further relief as this Court deems just and proper.

    Respectfully submitted
**OUYEINC LTD.**
/s/ Kenneth A. Nazarian
  One of Its Attorneys

James A. Karamanis (ARDC #6203479)
Kenneth A. Nazarian (ARDC #6309765)
Barney & Karamanis, LLP
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
james@bkchicagolaw.com
ken@bkchicagolaw.com